**CONSUMER CREDIT TRANSACTION**
**IMPORTANT!! YOU ARE BEING SUED!!**
**THIS IS A COURT PAPER – *A SUMMONS***

DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY!! PART OF YOUR PAY CAN BE TAKEN FROM YOU (GARNISHEED). IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE TO PAY OTHER COSTS TOO!! IF YOU CAN'T PAY FOR YOUR OWN LAWYER BRING THESE PAPERS TO THIS COURT RIGHT AWAY. THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!!

**CIVIL COURT OF THE CITY OF NEW YORK**
**County of Bronx**

**SUMMONS**
**055831**

-----------------------------------------------------------x

**CSGA, LLC,**

                          Plaintiff

        against

**ANDRE WALLACE,**
**730 OAKLAND PLACE, APT. 5G**
**BRONX, NEW YORK 10457**

                        Defendant(s)

-----------------------------------------------------------x

Index No.:
Plaintiff's residence address:
370 17th Street, Suite 5000
Denver, Colorado 80202

The basis of the venue designated is:

[X] The defendant resides in the County of Bronx

[ ] The transaction took place in the County of

To the above named defendant(s): **You are hereby summoned** to appear in the Civil Court of the City of New York, County of Bronx at the office of the said court at 851 Grand Concourse in the County of Bronx, City and State of New York, within the time provided by law as noted below and to file your answer to the annexed complaint with the Clerk: upon your failure to answer, judgment will be taken against you for the sum of $2,290.55 with interest thereon from December 31, 2004 together with the costs of this action.

Dated: June 20, 2007

*FEE PAID*
*JUL 19 2007*
*CIVIL COURT*
*BRONX COUNTY*

BRONSON & MIGLIACCIO, LLP
*Attorneys for Plaintiff*
415 Lawrence Bell Drive
Williamsville, New York 14221
(716) 635-9550

NOTE: The law provides that: (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or

    (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

TRANSACCION DE CREDITO DEL CONSUMIDOR
! IMPORTANTE ! ! UD. HA SIDO DEMANDADO !
ESTE ES UN DOCUMENTO LEGAL – UNA CITACION

! NO LA BOTE ! ! CONSULTE CON SU ABOGADO ENSEGUIDA ! LE PUEDEN QUITAR PARTE DE SU SALARIO (EMBARGARLO). ! SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITACION LE PUEDEN CONFISCAR SUS BIENES, (PROPIEDAD) Y PERJUDICAR SU CREDITO! ! TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OTROS GASTOS LEGALES (COSTAS) ! SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS PAPELES A LA CORTE INMEDIATAMENTE.  VENGA EN PERSONA Y EL SECRETARIO DE LA CORTE LE AYUDARA.

CORTE CIVIL DE LA CIUDAD DE NUEVA YORK
Condado de Bronx

-----------------------------------------------------------x

CSGA, LLC,

                                    Demandante,

        vs.

ANDRE WALLACE,
730 Oakland Place, Apt. 5G
Bronx, NEW YORK 10457

                                   Demandado.

-----------------------------------------------------------x

CITACIÓN

No. de epigrafe
Residencia del Demandante *Dirección*:
370 17th Street, Suite 5000
Denver, Colorado 80202

La razón de haber designado esta Corte es:

[X] El Demandado vive en el Condado
    de Bronx

[ ] La transacción de crédito tuvo lugar en el
    de Condado

Al demandado arriba mencionado: **USTED ESTA CITADO** a comparecer en la Corte Civil de la Ciudad de Nueva York, Condado de Bronx a la oficina del Jefe Principal de dicha Corte en 851 Grand Concourse, en el Condado de Bronx, Ciudad y Estado de Nueva York, dentro del tiempo provisto por la ley según abajo indicado y a presentar su respuesta a la demanda adjunta al Jefe de la Corte; si usted no comparece a contestar, se rendirá sentencia contra usted en la suma de $2,290.55 con intereses en dicha cantidad desde el December 31, 2004 incluyendo las costa de esta causa.

Fechado: June 20, 2007

                                         BRONSON & MIGLIACCIO, LLP
                                         *Abogados del Demandante*
                                         415 Lawrence Bell Drive
                                         Williamsville, New York 14221
                                         (716) 635-9550

NOTA:  La Ley provee que:  (a) Si esta citación es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparecer y responderia dentro de VEINTE diás después de la entrega; ó
        (b) Si esta citación es entregada a otra persona que no fuera usted personalmente, ó si fuera entregada afuera de la Ciudad de Nueva York, ó por medio de publicación, ó por otros medios que no fueran entrega personal a usted en la Ciudad de Nueva York, usted tiene TRIENTA diás para comparecer y responder la demanda, despues de haberse presentado prueba de entrega de la citación al Jefe de esta Corte.

CIVIL COURT OF THE NEW YORK CITY
County of Bronx
-------------------------------------------------------------x
CSGA, LLC,

                                  Plaintiff

-vs-

ANDRE WALLACE,

                                  Defendant
-------------------------------------------------------------x

Index No.:

**COMPLAINT**

Plaintiff, CSGA, LLC, by its attorneys, BRONSON & MIGLIACCIO, LLP, complaining of the Defendant Andre Wallace alleges the following:

1. That at all times hereinafter mentioned, Plaintiff CSGA, LLC was and still is a limited liability company duly organized and existing under and by virtue of the laws of the State of Delaware, qualified to do business in the State of New York and the State of New Jersey, and with a principle place of business located at 475 Market Street, City of Elmwood Park, State of New Jersey.

2. That Plaintiff CSGA, LLC is duly licensed as a Debt Collection Agency with the City of New York Department of Consumer Affairs. Plaintiff's license number is 1256421.

3. That upon information and belief, Defendant Andre Wallace was and is a natural person residing at 730 Oakland Place, Apt. 5G, City of Bronx, County of Bronx, State of New York.

4. That on or about April 13, 2006, Plaintiff purchased certain accounts. Defendant Andre Wallace is the account holder who is obligated on one of those accounts as more specifically described below.

## AS TO A FIRST CAUSE OF ACTION
## AS TO DEFENDANT ANDRE WALLACE

5. As of the date this action was filed, there was due to Plaintiff CSGA, LLC and from Defendant Andre Wallace the sum of $2,290.55, all of which is liquidated damages due as a result of a revolving account specifically identified as a Mastercard issued by Household Card Services (Mastercard account number 5406330003747441), as shown on the copy of Plaintiff's Account Information Report, annexed hereto as Exhibit "A".

6. Defendant Andre Wallace has not paid the sum of $2,290.55, although payment thereof has been duly demanded by Plaintiff.

7. In addition, there is due to Plaintiff from Defendant Andre Wallace interest on the sum stated above from December 31, 2004, the date that Defendant defaulted on Plaintiff's demand and the last date that interest was charged to the account.

8. In addition thereto, there is due to Plaintiff from Defendant Andre Wallace reasonable attorneys fees, which Plaintiff requests be set at 25% of the principal balance.

**WHEREFORE**, Plaintiff CSGA, LLC respectfully requests judgment against the Defendant Andre Wallace as follows:

a. The sum of $2,290.55, plus;

b. Interest from December 31, 2004 to the date of judgment, plus;

c. Reasonable attorneys fees, which Plaintiff requests be set at 25% of the principal balance, plus;

d. All costs and disbursements of this action, plus;

e. For such other and further relief as this Court deems just and proper.

Dated: Williamsville, New York
      June 20, 2007

*[signature: Jill Anderson]*

BRONSON & MIGLIACCIO, LLP
*Attorneys for Plaintiff*
By: Jill Anderson, Esq.
415 Lawrence Bell Drive
Williamsville, New York 14221
(716) 635-9550

To:    Andre Wallace
        730 Oakland Place, Apt. 5G
        Bronx, New York 10457