# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

August 14, 2020

<u>VIA ECF</u>  
Hon. Philip M. Halpern  
District Court Judge  
Southern District of New York  
500 Pearl St.  
New York, NY 10007-1312

**Re: Withdrawal of DE 29, Plaintiff's Local Rule 37.2 Conference to compel discovery responses from Caddis Funding, LLC and InvestiNet, LLC, without prejudice.**

*Wallace v. Kirschenbaum & Associates, PLLC, et al.,* **No. 7:19-cv-09306-PMH**

Dear Judge Halpern:

This firm represents Plaintiff in the above entitled action regarding violations of the Fair Debt Collection Practices Act ("FDCPA") and related violations.

Plaintiff files this Letter to withdraw his request for a Local Rule 37.2 Conference without prejudice and respectfully requests the adjournment of the August 20, 2020 Conference *sine die*.

Given that Caddis Defendants have produced documents since the filing of the request and represent that they will soon produce the balance of the documents, Plaintiff withdraws the Motion without prejudice.

Respectfully,

/s/

Ahmad Keshavarz

cc: all counsel (via ECF)

---

The conference scheduled for August 20, 2020 is canceled.

The Clerk is respectfully directed to terminate the event at Doc. No. 32.

SO ORDERED.

_____  
Philip M. Halpern  
United States District Judge

Dated: New York, New York  
          August 17, 2020