UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDRE WALLACE,

                          Case No.: **7:19-cv-09306-PMH**

        **Plaintiff,**

-against-

KIRSCHENBAUM & PHILLIPS, P.C.,
STEVEN L. ROSENTHAL,
JAMES P. SCULLY,
CADDIS FUNDING, LLC, and
INVESTINET LLC,

        **Defendants.**
-----------------------------------------------------------------X

**AGREED ORDER OF DISMISSAL ONLY AS TO DEFENDANTS KIRSCHENBAUM & PHILLIPS, P.C., STEVEN L. ROSENTHAL, and JAMES P. SCULLY, LLC**

Plaintiff, ANDRE WALLACE, hereby voluntarily dismisses this action against Defendants KIRSCHENBAUM & PHILLIPS, P.C., STEVEN L. ROSENTHAL, JAMES P. SCULLY, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(2). Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties. An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

SO ORDERED this  1st  day of  December , 2020.

*[signature]*

Philip M. Halpern
United States District Judge

1

Last saved: 11/30/2020 5:32 PM

*Ahmad Keshavarz*

_____  
Ahmad Keshavarz, Esq.  
The Law Office of Ahmad Keshavarz  
Attorney for Plaintiff  
16 Court St., 26th Floor  
Brooklyn, NY 11241-1025  
(718) 522-7900

**DATED:** **November 30, 2020**
_____

_____  
Brett Scher, Esq.  
Kaufman Dolowich & Voluck, LLP  
Attorneys for Defendants  
Kirschenbaum & Phillips, P.C.  
Steven L. Rosenthal and James P. Scully  
1001 Franklin Avenue  
Garden City, NY 11530  
(516) 294-8844

**DATED:** 11/30/20
_____

# SETTLEMENT AGREEMENT BETWEEN ANDRE WALLACE AND KIRSCHENBAUM & PHILLIPS, P.C., STEVEN L. ROSENTHAL, and JAMES P. SCULLY, LLC.

THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE is entered into on the date of the latest signature below by and between ANDRE WALLACE ("Plaintiff") and KIRSCHENBAUM & PHILLIPS, P.C., STEVEN L. ROSENTHAL, and JAMES P. SCULLY, (collectively "K&P Defendants"). Plaintiff and K&P Defendants are collectively the "Settling Parties".

1. K&P Defendants shall pay or cause to be paid $37,725 by check(s) or wire transfer (the "K&P Settlement Check") made payable to "Ahmad Keshavarz IOLA Trust Account." The K&P Defendants shall deliver the K&P Settlement Check to Plaintiff's counsel within twenty-one days of their receipt of this Settlement Agreement signed by Plaintiff and a W-9 from Plaintiff's counsel.  If the K&P Defendants issue or cause to be issued a 1099 in connection with this settlement, the K&P Defendants will issue a 1099 solely in the name of Ahmad Keshavarz, and not in the name of Plaintiff.  If a 1099 is issued in the name of Plaintiff, Plaintiff and/or his counsel shall provide notice to the K&P Defendants' counsel and give the K&P Defendants 30 days to cure.  If the K&P Defendants do not cure the 1099 issue within 30 days after being given notice, the K&P Defendants agree to pay an additional forty percent of the K&P Settlement Check amount.

2. K&P Defendants shall deliver the Settlement Check to Plaintiff's counsel within twenty-one days of their receipt of this agreement signed by Plaintiff. Time is of the essence.

3. Plaintiff and the K&P Defendants shall sign and exchange the attached AGREED ORDER OF DISMISSAL AS TO KIRSCHENBAUM & PHILLIPS, P.C., STEVEN L. ROSENTHAL, and JAMES P. SCULLY, LLC ("Dismissal Order"), along with the signed Settlement. Any party may then file the Dismissal Order after the clearing of the Settlement Check, and the Settling Parties will take any steps necessary for the Dismissal Order to be signed by the Court. The dismissal order will specifically state that the Court retains jurisdiction to enforce the terms of the settlement.

4. The Settling Parties hereby release and discharge each other their heirs, executors, administrators, successors, predecessors, partners, members, shareholders, directors, officers, agents, employees, independent contractors, attorneys-in-fact, insurers, attorneys and assigns from any and all obligations, liabilities, damages, claims, causes of action, losses, damages, costs, sanctions, expenses and attorneys' fees of every kind and nature, in law or in equity, which the Settling Parties ever had, or now has, for, on account of, or by any reason of any action, transaction, occurrence, omissions, relationship, matter, cause or thing to the extent that they relate to the lawsuit entitled *Andre Wallace v. Kirschenbaum & Phillips, P.C., et al.,* No. 7:19-cv-9306 (PMH) venued in the United States District Court for the Southern District of New York, (the "Lawsuit") from the beginning of time to the date of the release.

5. <u>Exclusion of Non-Settling Defendants</u>. Notwithstanding ¶ 3 or any other provision of this agreement, this release specifically excludes any claims Plaintiff has or may have against the Non-Settling Defendants.[1] Notwithstanding any other provision of this

---

[1] The term "Non-Settling Defendants" means Defendants CADDIS FUNDING, LLC, and INVESTINET LLC.

1

agreement, nothing in this agreement or in the attached Dismissal is intended to release or offset, and shall not release or offset, Plaintiff's claims against the Non-Settling Defendants; or to prejudice Plaintiff's rights as to the Non-Settling Defendants.

6. This Settlement Agreement may be executed in counterparts and each such counterpart, together with the others, shall constitute one and the same instrument, and facsimile and electronic mail signatures herein shall be deemed to be original signatures for all purposes.

7. The Settling Parties agree that the court in which this action is pending shall have continued jurisdiction to enforce the terms of this settlement. This Settlement Agreement and all rights and obligations arising hereunder shall be construed in accordance with, and governed by the laws of, the State of New York as if entirely performed therein and without regard to any conflict-of-laws rules or principles.

8. This Settlement Agreement shall not be deemed an admission of any wrongdoing by any of the Settling Parties.

9. Should any provision of the Settlement Agreement be declared or determined by any court to be illegal or invalid, the validity of the remaining parts, terms, or provisions shall not be affected thereby, and said illegal or invalid part, term or provision shall be deemed not to be part of the Agreement.

10. All modifications to the Settlement Agreement must be in writing and signed by the Settling Parties.

11. The signatories of this Settlement Agreement represent and warrant that they are authorized to execute this Agreement on behalf of Settling Parties for whom they are signing.

12. The Settling Parties intend that this Agreement in all respects shall be deemed and construed to be equally and mutually prepared by the Settling Parties and it is hereby expressly agreed that any uncertainty or ambiguity shall not be construed against any party.

13. These are all of the terms of the settlement.

**AGREED:**

_____
**ANDRE WALLACE**         Date: 11/05/2020
**Plaintiff**

Last saved: 10/22/2020 5:20 PM

**AGREED:**
**KIRSCHENBAUM & PHILLIPS, P.C.**

By: _____     Date: _10-26-2020_

Printed name: _James Scully_

Title: _Pres._

**AGREED:**
**STEVEN L. ROSENTHAL**

_____     Date: _10/23/2020_

**AGREED:**
**JAMES P. SCULLY**

_____     Date: _10-26-2020_

3

Last saved: 10/22/2020 5:20 PM